372 A.2d 429
Commonwealth v. Sutton, Appellant.

Submitted December 16, 1975. Bruce A. O'Neill, for appellant; Sandy L. V. Byrd, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

372 A.2d 430
Commonwealth v. Taghtmier, Appellant.

Argued December 6, 1976. Jerome S. Sloan, for appellant; Jane Cutler Greenspan, Assistant District Attorney, with her F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.